HON. ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| KARLENE K. PETITT,<br><br>Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>Defendant. | CASE NO. 2:20-cv-1569 RSL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER AND CONSOLIDATE CASES** |

On December 9, 2020, the Court entered its Scheduling Order (Dkt. 11). Defendant Air Line Pilots Association subsequently filed a motion to modify the Scheduling Order and to consolidate the instant litigation with Case No. 2:20-cv-01093-RSL (the "DFR Case"), also pending before the undersigned. For good cause, the Court hereby amends that Order as follows.

**IT IS HEREBY ORDERED** as follows:

1. All deadlines for the Rule 26(f) conference and report and Rule 26(a)(1) initial disclosures in the instant case (as set forth in the Court's Order of December 9, 2020 (Dkt 7)) are hereby vacated.

2. The instant case is hereby consolidated with the DFR Case and shall proceed under the Case No. 2:20-cv-01093-RSL.

3. Plaintiff shall file an amended complaint in the consolidated case on or before February 1, 2021.

ORDER – 1
CASE NO. 2:20-cv-1569 RSL

4. The parties are directed to confer concerning the schedule in the consolidated case within 14 days of the filing of Plaintiff's amended complaint and to file a proposed, revised scheduling motion/report to the Court within seven days thereafter.

5. For purposes of the statute of limitations, Plaintiff's claim of gender discrimination under Title VII of the Civil Rights Act of 1964 shall be treated as having been filed on October 23, 2000 (the date she filed her Complaint in the instant case).

6. Defendant Air Line Pilots Association need not answer or otherwise respond to the Complaint in the instant litigation except as ordered by the Court following the Parties' provision of the revised scheduling motion/report discussed in Paragraph 4, above.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2020

_____
Honorable Robert S. Lasnik
United States District Judge

ORDER – 2
CASE NO. 2:20-cv-1569 RSL

18 WEST MERCER ST., STE. 400   BARNARD
SEATTLE, WASHINGTON 98119   IGLITZIN &
TEL 800.238.4231 | FAX 206.378.4132   LAVITT LLP