UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARLENE K. PETITT,

    Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION,

    Defendant.

CASE NO. 2:20-cv-1569 RSL

**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE**

Based upon the stipulation of the parties, and for good cause shown by the parties, the Court hereby orders as follows:

(a) Deadline for Defendant's Motion to Dismiss: June 9, 2021

(b) Deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss: July 9, 2021

(c) Deadline for Defendant's Reply in Support of Its Motion to Dismiss: July 28, 2021

The motion to dismiss shall be noted for consideration on the Court's calendar for Friday, July 30, 2021.

Dated this 3rd day of June, 2021.

HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER – 1
CASE NO. 2:20-cv-1569 RSL

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP