UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARLENE K. PETITT,

    Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION,

    Defendant.

Cause No. C20-1569RSL

ORDER DENYING MOTION TO CONSOLIDATE AS MOOT

This matter comes before the Court on defendant's "Motion to Modify Scheduling Order and Consolidate Cases." Dkt. # 8. The motion was taken under advisement in January 2021 pending resolution of a motion to dismiss in a related action, *Petitt v. Air Line Pilots Ass'n*, C20-1093RSL. The related case has now been dismissed. The motion to consolidate is, therefore, DENIED as moot.

Dated this 4th day of June, 2021.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
CONSOLIDATE AS MOOT - 1