# United States District Court
## WESTERN DISTRICT OF WASHINGTON

KARLENE K. PETITT,

                              Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION,

                              Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:20-cv-01569-RSL

**____** **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendant's motion to dismiss (Dkt. # 25) is GRANTED and plaintiff's motion to amend (Dkt. # 34) is DENIED.  Judgment is entered in favor of defendant Air Line Pilots Association and against plaintiff Karlene K. Petitt.

DATED this 4th day of October, 2022.

RAVI SUBRAMANIAN,
Clerk of the Court

By:   _/s/ Victoria Ericksen_____
        Deputy Clerk